USCA1 Opinion

 

 April 10, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2007 JOAN PATRICIA PLANTE, Plaintiff, Appellant, v. JOSEPH GALLANT, COMMISSIONER, DEPARTMENT OF PUBLIC WORKS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Joan Patricia Plante on brief pro se. ____________________ Scott Harshbarger, Attorney General, and Rosemary S. Gale, __________________ __________________ Assistant Attorney General, on brief for appellees. ____________________ ____________________ Per Curiam. We affirm the district court's ___________ judgment dismissing appellant's action, essentially for the reasons given in the court's decision dated August 22, 1995.1 See also Seminole Tribe of Florida v. Florida, 64 1 ___ ____ __________________________ _______ U.S.L.W. 4167 (U.S. Mar. 27, 1996) (holding that Congress may not abrogate the states' Eleventh Amendment immunity in exercising its power under the Commerce Clause). Affirmed.  _________  ____________________ 1The dismissal of this action, of course, operates without 1 prejudice to the appellant's pursuit of whatever remedies (if any) she may have in the Massachusetts courts. -2-